UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BOMANI LAWAN BOYD,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | No. ED CV 16-00100-BRO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: April 10, 2017

_____
BEVERLY REID O'CONNELL
United States District Judge