JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BOMANI LAWAN BOYD,<br><br>                    Petitioner,<br><br>          v.<br><br>RAYMOND MADDEN, Warden,<br><br>                    Respondent. | No. ED CV 16-00100-BRO (DFM)<br><br>JUDGMENT |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated:  April 10, 2017

_____
BEVERLY REID O'CONNELL
United States District Judge